# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ANANYA DUTTA**                                                             **PLAINTIFF**

v.                              No. 3:22-cv-95-DPM

**BIG RIVER STEEL, LLC**                                              **DEFENDANT**

## ORDER

    The parties have settled. Congratulations. The Court notes the parties' joint motion, *Doc. 20*. One loose end: the motion papers and the settlement agreement are silent on any award of attorney's fees and costs. The Court would appreciate counsel's confirmation that these issues have been resolved and that the parties negotiated any attorney's fee separately from the settlement of the wage claims, and without regard to those claims, thereby eliminating any potential conflict of interest between the lawyers and the clients. *Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019). Joint report due by 14 March 2023.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 March 2023