# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANANYA DUTTA                                                                PLAINTIFF

v.                              No. 3:22-cv-95-DPM

BIG RIVER STEEL, LLC                                                       DEFENDANT

## ORDER

Status report, *Doc. 22*, appreciated. Joint motion, *Doc. 20*, granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflepcts a good-faith compromise of a *bona fide* wages dispute. And the attorney's fee was negotiated after the merits were resolved and separately. *Compare Vines v. Welspun Pipes Inc.*, 2021 WL 3640219, at *3 (8th Cir. 2021). The Court will dismiss the amended complaint with prejudice and retain jurisdiction to enforce the settlement.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 March 2023