IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ANANYA DUTTA**                                                                                   **PLAINTIFF**

v.                                        No. 3:22-cv-95-DPM

**UNITED STATES STEEL
CORPORATION and
BIG RIVER STEEL, LLC**                                                              **DEFENDANTS**

**JUDGMENT**

Dutta's amended complaint is dismissed with prejudice. The Court retains jurisdiction until 12 May 2023 to enforce the parties' settlement.

*[signed] D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 March 2023